# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-11-1010-R |
| ) | |
| CHRISTIAN A. PEREZ, individually and ) | |
| d/b/a Tacos El Boliche #2 and Perez Boliche ) | |
| Enterprises, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $19,122.50.

ENTERED this 31st day of July, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE