# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-11-1010-R** |
| | ) | |
| **CRISTIAN A. PEREZ, individually and** | ) | |
| **d/b/a Tacos El Boliche #2 and Perez Boliche** | ) | |
| **Enterprises, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AMENDED JUDGMENT[1]

Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $19,122.50.

ENTERED this 31st day of July, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1]The Amended Judgment is being filed to correct the spelling of Defendant's name.