### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,       ) | |
|                  Plaintiff,       ) | |
| v.       ) | Case No. CIV-11-1010-R |
| CRISTIAN A. PEREZ, individually and       )<br>d/b/a Tacos El Boliche #2 and Perez Boliche       )<br>Enterprises, LLC,       ) | |
|                  Defendant.       ) | |

### AMENDED JUDGMENT[1]

Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $19,122.50.

ENTERED this 31st day of July, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Amended Judgment is being filed to correct the spelling of Defendant's name.